FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ DEC 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ORBIN ZALDIVAR, individually and on behalf of all others similarly situated,

                              Plaintiff,

-against-

JMJ CATERERS, INC. d/b/a THE METROPOLITAN, MICHAEL GIAMALVO, JANENDER NARANG, AAFF, INC. d/b/a THE METROPOLITAN and FRANK J. SCIAME, JR.,

                              Defendants.

------------------------------------------------------------x

Civil Action No.: CV 14-00924

**STIPLATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against Settling Defendants, AAFF, INC. and FRANK J. SCIAME, JR. pursuant to the Federal Rules of Civil Procedure, 41 (a)(1)(A)(ii).

By: _____
Mark S. Mancher, Esq.
Timothy Domanick, Esq.
JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS AAFF, INC. and FRANK J. SCIAME, JR.*
58 South Service Rd., Ste. 250
Melville, NY 11747
(631) 247-0404

Dated: 12/29/14

By: _____
Steven J. Moser, Esq.
STEVEN J. MOSER, P.C.
*ATTORNEYS FOR PLAINTIFF*
3 School Street, Suite 207B
Glen Cove, New York 11542
(516) 671-1150

Dated: 12/2/2014

SO ORDERED:

        s/ Sandra J. Feuerstein
        _____
        United States District Judge  12/30/14

14